# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2012

143918

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

In re Estate of EDWARD JOSEPH McCORMICK.
_____/

ERIC A. BRAVERMAN, Personal Representative
of the Estate of EDWARD JOSEPH
McCORMICK, Deceased,
        Appellee,

v

                                    SC: 143918
                                    COA: 296547
                                    Wayne PC: 1992-513517-DE

LINDA McCORMICK,
        Appellant.

_____/

        On order of the Court, the application for leave to appeal the July 19, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2012

_____
Clerk

p0227